## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SCOT JAMES and CORE2000 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HONORS HOLDINGS, LLC, <br><br> Defendant. | C.A. No. 1:23-cv-00591-GBW |

### [PROPOSED] STIPULATED FINAL JUDGMENT

WHEREAS, on May 31, 2023, Plaintiffs Robert Scot James and Core2000 LLC (collectively, "Plaintiffs") filed their Complaint against Defendant Honors Holdings, LLC ("Honors") in the above-captioned action, alleging breach of an asset purchase agreement dated as of May 16, 2022 (the "Agreement"), and seeking damages in the principal amount of $5,500,000, as well as pre- and post-judgment interest pursuant to the parties' contractually agreed-upon rate, and Plaintiffs' attorneys' fees (D.I. 1);

WHEREAS, on July 21, 2023, Honors filed its Answer and Affirmative Defenses to Complaint (D.I. 8);

WHEREAS, on August 22, 2023, following discussions between the parties regarding resolution of this matter, Honors provided Plaintiffs with a draft offer of judgment, which was intended to provide a basis for discussion of an entry of judgment in this matter and was not intended to be a formal offer of judgment pursuant to Federal Rule of Civil Procedure 68;

WHEREAS, on August 23, 2023, Plaintiffs provided comments to the draft offer of judgment, and the parties further discussed resolution of this action via a stipulated final judgment;

WHEREAS, the parties, through their respective counsel, hereby agree to the entry of this Stipulated Final Judgment, subject to the approval of the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED:**

1. Judgment is entered for Plaintiffs and against Honors on the claims asserted in Plaintiffs' Complaint, in the amount of $5,947,533.00 (five million, nine-hundred and forty-seven thousand, five-hundred and thirty-three dollars), which shall constitute the principal amount of Plaintiffs' claim, plus pre-judgment interest accrued as of September 28, 2023.

2. Judgment is also entered for Plaintiffs and against Honors with regard to Plaintiffs' attorneys' fees, to which Plaintiffs are entitled pursuant to the parties' Agreement, in the additional amount of $85,000.00 (eighty-five thousand dollars).

3. Post-judgment interest shall continue to accrue on the amount set forth in Paragraph 1 above at the contractual rate of 15% per annum until paid in full.

4. This Stipulated Final Judgment resolves all claims that were asserted, or could have been asserted, by Plaintiffs against Honors, and all claims that could have been asserted by Honors against Plaintiffs, in this action or in connection with the underlying transaction.

5. Honors waives any right to appeal from this Stipulated Final Judgment.

6. Honors waives the 30-day automatic stay of proceedings set forth in Fed. R. Civ. P. 62 for Plaintiffs to enforce this Stipulated Final Judgment.

7. Upon entry of this Stipulated Final Judgment, this action is dismissed with prejudice, provided, however, that this Court shall retain jurisdiction to enforce the terms and conditions of this Stipulated Final Judgment.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | BERGER HARRIS LLP |
| By: */s/ John A. Sensing* <br> John A. Sensing (#5232) <br> Hannah L. Paxton (#7096) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> jsensing@potteranderson.com <br> hpaxton@potteranderson.com | By: */s/ Richard I.G. Jones, Jr.* <br> Richard I.G. Jones, Jr. (#3301) <br> Peter C. McGivney (#5579) <br> 1105 Market Street, 11th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 655-1140 <br> rjones@bergerharris.com <br> pmcgivney@bergerharris.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: September 28, 2023

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Gregory B. Williams